U.S. DISTRICT COURT (Rev. 2/2005) Sheet 1 - Judgment in a Criminal Case for Revocations with Supervised Release       Judgment Page  1  of  2

MDW

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

JERMAR SEAN CONLEY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** with Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: CCB-00-0184
USM Number: 343634-037
Defendant's Attorney: Gregory Gilchrist, AFPD
Assistant U.S. Attorney: Harvey Eisenberg

**THE DEFENDANT:**

[X] admitted guilt to violation of conditions(s) Standard Condition Nos. 5, 6, & 11; Statutory Condition; Additional Condition                of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Standard Condition No. 5 | Defendant failed to maintain any type of stable employment. | July 2006 |
| Statutory Condition | Defendant tested positive for Marijuana. | June 2006 - October 2006 |
| Additional Condition | Defendant failed to pay the balance toward special assessment. | December 20, 2006 |
| Standard Condition No. 6 | Defendant failed to notify the probation officer of new residence. | November 28, 2006 |
| Standard Condition N. 11 | Defendant failed to notify the probation officer of new arrest. | December 4, 2006 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

[X] Supervised release is revoked.
[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

BY _____ DEPUTY
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 AUG 23 P 2:48
CLERK'S OFFICE
AT BALTIMORE

August 21, 2007
Date of Imposition of Judgment

_____   8/23/07
CATHERINE C. BLAKE        Date
U.S. DISTRICT JUDGE

Name of Court Reporter:  Gail Simpkins

**DEFENDANT:**       JERMAR SEAN CONLEY                    **CASE NUMBER: CCB-00-0184**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __4__ months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ a.m./p.m. on _____.
　　☐ as notified by the United States Marshal.

☒ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal.  If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

　　☒ before 2 p.m. on __September 24, 2007__.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146.  If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147.  For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148.  Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

# RETURN

I have executed this judgment as follows:

　　Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
　　　DEPUTY U.S. MARSHAL